| | |
|---|---|
| 1979 Conviction in New York Criminal Court on Attempt to Resist Arrest Charge. Sentenced to conditional discharge. | Zero Points. U.S.S.G. § 4A1.2(c)(1) and (e)(3) |
| October 12, 2000 Conviction in M.D. Florida on Securities Fraud Charges. Awaiting Sentencing. | One Point. U.S.S.G. § 4A1.1(c) and 4A1.2(a)(4) |

With regard to the Defendant's recent conviction in the Middle District of Florida upon his plea of guilty to certain counts in Indictment No. 99-215-CR-T-23A, the parties stipulate and agree that the offense charged in Count Two of the Information takes into account the offenses to which the defendant pleaded guilty in the Middle District of Florida. See U.S.S.G. § 5G1.3(b). Accordingly, in the event the sentence on the Florida conviction is imposed before the sentence in this case, the Government agrees not to oppose any defense request that the sentence in this case run concurrently to any undischarged portion of the Florida sentence.

Based solely on the above, the Defendant has one Criminal History point and, therefore, is placed in Criminal History Category I.

C. Sentencing Range NO LONGER MANDATORY

Based upon the calculations set forth above (a total adjusted offense level of 41 in Criminal History Category I), the Defendant's stipulated Sentencing Guidelines range is 324 to 405 months' imprisonment (the "Stipulated Guidelines Range"). However, because the statutory maximum term of imprisonment for the offenses to which the Defendant will plead guilty is 15 years' imprisonment, the parties agree that the Defendant's stipulated Guidelines sentence is 15 years' imprisonment (the "Stipulated Guidelines Sentence"). See U.S.S.G. §§ 5G1.1(a) and 5G1.2(d); id. comment. ("If no count carries an adequate statutory maximum, consecutive sentences are to be imposed to the extent necessary to achieve the total punishment" called for in the Guidelines calculation). In addition, after determining the Defendant's ability to pay, the Court may impose a fine pursuant to Section 5E1.2. At Guidelines offense level 41, the applicable fine range is $25,000 to $250,000.