Jacqueline Abramo Corrao
15 Cypress Court
Waldwick, NJ 07463

February 28, 2006

Honorable Michael Mukasey
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Mukasey,

I am writing this letter on behalf of Philip Abramo, my father, my friend, and my mentor. I, Jacqueline Abramo Corrao, am thirty-three years old and a single mother of a five year old Isabella Rose Corrao. I graduated from the University of Rhode Island with a degree in finance. I am employed as a bookkeeper for E. DeMarino Trucking & Top Soil in Tuxedo, New York.

While I recognize the seriousness of the crime my father has been convicted of, I am compelled to write to you on his behalf to convey the warmth, generosity, and love my father has given to his family and friends.

Growing up I lead an idyllic life. I had a mother and father who were not only loving to me, but to each other. My father was home ever night at five o'clock for dinner and holidays were always special. My father was a firm believer that you never let any one be alone on the holidays. He would invite friends and extended family members over for holiday meals when others had forgotten them. My father included them as if they were a members of our immediate family. He showed them warmth and love and made them feel very special. One year in particular, his childhood friend Angelo Deanna was extremely ill and living in a nursing home. Angelo had no one to spend Thanksgiving with. My father insisted that he come to our house for the holiday, but his poor friend had no means of transportation. My father drove an hour to pick him up and brought him to our home to share our meal together. I remember sitting at the table with Angelo. He was so happy that someone cared enough about him to go out of their way for him, but that was just my father's way.

My father has loved me unconditionally in everything I have done and in every choice that I have made. When I decided to marry a man seventeen years older than I, my father never question my judgment. When I decided to give up my dreams of a career to raise a family, my father never questioned my decision. When things between my husband and I ended, my father never questioned my reason. Life's responsibilities has fallen squarely on my shoulders. To have such unwavering support from my father gives

EX. A

me the strength to make difficult choices. My friends can attest that I have the emotional strength of a person twice my size. Even though my father, Philip, is not here with me, it is his strength that enables me to persevere.

My father's conviction has devastated my family. My father is a good man with a generous heart. My best qualities come from him. I love and miss him profoundly. Everyday I wish he was here with me and my daughter. I beg that you find leniency when sentencing my father, Philip Abramo.

Sincerely,

Jacqueline Abramo Corrao

Jacqueline Abramo Corrao

Romilda Abramo
139 Winding Creek
Old Tappan, NJ 07675

January 5, 2006

Honorable Michael Mukasey
Chief United States District Court
United States District Court
Southern District Court
500 Pearl Street
New York, New York 10007

Dear Judge Mukasey,

My name is Romilda Abramo. I had been married to Philip Abramo for 32 years. We have a daughter, Jacqueline, and a granddaughter, Isabella Rose. I am employed as a sale associate for a women's clothing store in Woodcliff Lake, NJ.

I realize the seriousness of the crime Philip was convicted of, but I still believe it is important to write to the Court on his behalf.

Philip and I experienced a life together that other people can only dream of attaining. He is my best friend, my soul mate. He is a kind and gentle person. In all of our years together we never had an argument. I never saw him get mad at anyone. He is a true gentleman.

Family has always been extremely important to Philip. He has always been the emotional support of his three sisters. When their mother was diagnosed with Alzheimer, he took her to the leading doctor for innovative treatment. When their father was dying of lung cancer, Philip took charge and did everything to make his dying days comfortable. As for myself Philip was my rock when my parents died just three months apart. He helped me through this extremely traumatic time with his love and support that everyone who knows him can court on.

Your Honor, I beg of you please find leniency for Philip when you sentence him.

Sincerely,

Romilda Abramo

Romilda Abramo

Carol Stabile
77 Fulton Street
New York, NY 10038

February 11, 2005

Honorable Michael Mukasey
Chief US District Judge
USDC
Southern District Court
500 Pearl Street
New York, NY 10007

Dear Judge Mukasey:

My name is Carol Stabile. I am employed as a Paralegal in a Law Firm in New York City for the last 14 years. I am also the mother of three children. Each of them have a College degree. I also go to college and I am on the Board of a Charity for Children with cancer. I am writing this letter on behalf of my friend, Mr. Philip Abramo.

I have known Philip since the age of fourteen, which is well over forty years. I also have grown up with Romilda Abramo. We became friends in Kindergarten and still remain very close friends. We have shared happiness and sorrow and we are always there for one another. I have known Philip in many different roles. He is a special friend, a loving, devoted husband, and a wonderful caring Father to his only child Jacqueline. Together Romilda and Philip devoted their life to Jacqueline. She graduated College, worked in the business world, married and has a little girl. I do believe a Child obtains their first impression of who they are and what a respectful, kind, caring human being one should be from their parents .They set the example for her. Jacqueline could not have become the person she is today, if her home life was anything less condusive than respect for yourself and everyone you may come in contact with. Her father, Mr Abramo and her mother Romilda Abramo set this example for Jacqueline.

Philip was and still is a caring, warm hearted human being that is always there for his family and friends unconditionally. I have known him in that capacity and have wonderful memories of the years we shared as friends. I consider Philip as close of a friend to me as Romilda. I have never known him to be anything other than a person of utmost character and class. He is and will always be a Friend I am proud to know. I do hope to have him home again so he can pick up and continue to be the wonderful Husband and Father I have known him to be..

Please take all of this into consideration. I do hope it gives you a little knowledge of the REAL Philip Abramo. Thank you very much.

Very truly yours,

Carol Stabile

Carol Stabile

April 7, 2006

Angela Figliolo
80 Gold St. #6J
New York, NY 10038

The Honorable Michael Mukasey
Chief US District Judge
United States District Court
Southern District Court
500 Pearl Street
New York, NY 10007

Dear Judge Mukasey:

I am very pleased to be writing this letter on behalf of my friend, Philip Abramo. I am Angela Figliolo who resides at 80 Gold St., New York, NY 10038. I am 56 years old and am employed at Stuyvesant High School in New York City.

Philip and I have been friends (aka extended family) for over forty years. His wife, Romilda and I grew up on same street. I have known her from as far back as I can remember. I always admired his loving devotion to his wife through all the years of their marriage. He was a caring and devoted son to his mother and father and is a loving brother to his three sisters.

Philip's family was the most important thing to him. He has a wonderful relationship with his daughter Jacqueline and through his nurturing and encouragement she pursued her college education with great success.

As I think back over all the important events of my life, whether happy or sad, Philip and his family come to mind. My mother, who was a very bright and intuitive woman, admired Philip tremendously. She looked forward to times spent at my house cooking for him and conversing with him at length. He always treated her lovingly and with the utmost respect. To my mother, Philip was very special.

I have always found Philip to be a gentle person, a person of integrity and honor who is a wonderful and caring friend and has always been there for my family and me.

Sincerely,

Angela Figliolo

Angela Figliolo

**Marianne Garis**
**387 Van Emburgh Ave.**
**Ridgewood, NJ 07450**

February, 2005

Hon. Michael Mukasey
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Hon. Judge Muksaey,

I am the youngest sister of Philip Abramo, and I appreciate you taking the time to read my letter. I have two daughters, one is 33 years old and the younger is 30 years, and I have a 4 month old granddaughter. Both of my daughters have not seen their uncle since his incarceration. I would like to explain why I am bringing my daughters into this letter. In 1992, their father died suddenly from a heart attack. He was an only child and therefore with no other father figure in their lives, they turned to their Uncle for comfort and support and he was always there for them without any reservations. My youngest daughter was married last April and it was always understood that Uncle Philip would walk her down the aisle, but that was not to be.

I am aware that my brother has been convicted of racketeering and murder conspiracy and I truly understand how serious these charges are but I feel it is important that I write to the Court on his behalf to ask for some leniency when he is sentenced due to not having him around all these years has caused a void in our family. My two older sisters and I always looked to our only brother when we needed any kind of support, whether it be emotional or financial. My daughters and I, when we went through the death of their father; Philip was there to keep us all strong and to handle all arrangements necessary when a loved one passes on, we could never have done it without him. One of my sisters' had a extremely hard time in her later years with an abusive, alcoholic husband; and also when my oldest sister lost her husband from ongoing heart problems and then when her 33 year old son from a sudden aneurysm. Our nephew was living in Oregon at the time and my sister and her sons had to get to his side as quickly as possible. Philip was the one who took charge and again made all arrangements for them to travel to Oregon in time to see our nephew before he too past on. Philip was the kind brother we could always looked to and he never disappointed nor turned his back on any of us. No matter what charges have been brought against Philip, he was a kind, caring and devoted brother, father and husband. Philip also has a 4 year old granddaughter who he has never seen outside of visiting time at MCC; this breaks our hearts because Isabella is his only grandchild from his only daughter and she herself has gone through some very rough years in her marriage which has finally ended. Philip was beside himself that he could not be here to help her when she was at her wits end with all her problems. There is not one person who has met or had any type of relationship with Philip that doesn't feel he is a decent, thoughtful and generous person. He had many professional friends who he knew as children and has continued this friendship with during their adult years. He also attended weekly mass which was something I stopped during many years ago but I felt assured he was saying a prayer for me while he was there because he was that type of person.

In closing I can only ask that when Philip is sentenced, the court would consider how his absence has affected our family and to please be as lenient as possible so that someday we will all be together and be a complete family as we were in the past.

Sincerely,

Marianne Garis

Marianne Garis

DEAR SIR:

I AM ATHINA CICCHETTI, SISTER OF PHILLIP ABRAMO. I CURRENTLY LIVE ON LONG ISLAND, SUFFOLK COUNTY WHERE I HAVE LIVED FOR THE PAST 46 YEARS. I WAS A BOOKKEEPER FOR OVER 30 YEARS. I AM CURRENTLY RETIRED.

I DO UNDERSTAND THAT MY BROTHER PHILLIP HAS BEEN CONVICTED OF RACKETEERING AND MURDER CONSPIRACY, VERY SERIOUS CHARGES, BUT PHILLIP IS MY FAMILY AND VERY IMPORTANT TO ME. HE HAS ALWAYS TREATED ME WITH GREAT RESPECT AND KINDNESS. HE IS VERY RESPECTFUL OF FAMILY.

YEARS AGO I HAD AN EAR OPERATION IN A NEW YORK CITY HOSPITAL. I HAD NO WAY TO GET HOME UPON MY RELEASE AND PHILLIP WENT OUT OF HIS WAY TO COME AND GET ME AND DRIVE ME HOME TO LONG ISLAND, GIVING ME LOVE AND ENCOURAGEMENT ALONG THE WAY AS I WAS VERY DEPRESSED.

I HAD BEEN IN A VERY ABUSIVE MARRIAGE AND PHILLIP WOULD HEAR THROUGH THE FAMILY GRAEVINE ABOUT YET ANOTHER INCIDENT AND HE WOULD CALL ME. HIS PHONE CALLS HELPED ME IMMEASURABLY. HE HELPED ME GET THROUGH THOSE AWFUL TIMES WITH MY SANITY INTACT. I MISS PHILLIP VERY MUCH.

OBSERVING PHILLIP, HIS WIFE AND DAUGHTER TOGETHER OVER THE YEARS I REALIZE HOW IMPORTANT HE IS TO THEM. THEY WERE ALL ALWAYS CLOSE TO ONE ANOTHER. THEY NEED AND MISS HIM, AS

DO WE ALL

YOUR HONOR, I REALIZE THE GRAVITY OF THE CONVICTION. COULD YOU FIND IT IN YOUR HEART TO RETURN PHILLIP TO HIS FAMILY

RESPECTFULLY YOURS

Athina Cicchetti

BIVONA & COHEN, P.C.

*Counselors at Law*

WALL STREET PLAZA, 88 PINE STREET
NEW YORK, NY 10005-1886

TEL: (212) 363-3100 FAX: (212) 363-9824
BC@BIVONACOHEN.COM

LAURENCE A. DORNSTEIN
1925 CENTURY PARK EAST, STE. 500
LOS ANGELES, CA 90067
TEL: (310) 553-4114
FAX: (310) 553-2510

DIFRANCESCO, BATEMAN, COLEY, YOSPIN, KUNZMAN, DAVIS & LEHRER, P.C.
15 MOUNTAIN BOULEVARD
WARREN, NJ 07059-6327
TEL: (908) 757-7800
FAX: (908) 757-8039

RITTER, CHUSID, BIVONA & COHEN, LLP
7000 WEST PALMETTO PARK RD., STE. 305
BOCA RATON, FLORIDA 33433
TEL: (561) 394-2180
FAX: (561) 394-2582
EMAIL: RCATTYS@AOL.COM

BECHELET BIVONA LTD
SOLICITORS & REGISTERED FOREIGN ATTORNEYS
24 CORNHILL
LONDON, ENGLAND EC 3-V3ND
TEL: 011 44 (0)20 7261-4999 FAX: 011 44 (0)20 7261-4998

JOHN V. BIVONA
SIDNEY COHEN (1926-2003)

DONALD T. DIFRANCESCO Δ
HARRY A. YOSPIN Δ
STEVEN A. KUNZMAN Δ
EUGENE L. HOLT, PH.D.
JAN MICHAEL RYFKOGEL ‡
STEPHEN O. DAVIS Δ
JOSEPH E. KELLY, JR. ‡
JEFFREY B. LEHRER Δ
ALAN R. MELLER
RICHARD P. FLAUM Δ
LAURENCE A. DORNSTEIN □
MARTIN ALLEN Δ
CHRISTOPHER BATEMAN Δ
RICHARD M. FEDROW
ANDREW SAPON
MICHAEL C. MODANSKY
JAMES E. HAY Δ
JOHN P. BERLARDO Δ

JOSEPH V. FIGLIOLO
MARLENE MONTELEONE

ROBERT G. MACCHIA ‡
RODERICK J. COYNE *
DAVID P. WADYKA Δ
ALBERT E. CRUZ Δ
TIMOTHY P. BECK Δ
RICHARD J. GUSS Δ
SANTINA M. BOMBACI Δ
MICHELLE E. D'ONOFRIO Δ
PAUL R. RIZZO Δ
V. ANTHONY DIGIROLAMO Δ
LISA M. FITTIPALDI Δ
RICHARD R. AHSLER Δ
JAMES J. MOULOUGHNEY Δ
JOHN BECHELET ○
ANTHONY BROWN ○
GREGORY J. RITTER ◇
MITCHEL CHUSID ◇
MITCHELL R. KATZ ◇

OF COUNSEL
EDWIN D. KUNZMAN Δ
BRUCE A. FELDMAN ‡
JOHN E. COLEY, JR. Δ

Δ NJ
‡ NY NJ
* NY RI
◇ FL
□ CA
○ LONDON

SANDRA BELLI Δ
PAMELA T. BAIN Δ
RICHARD A. KUBICK
RAYMOND J. STINE Δ
ROBERT B. WEISSMAN
WILLIAM J. WILLARD Δ
KATHLEEN Y. AGNO Δ
MICHAEL V. CRESITELLO, JR. Δ
JOSEPH E. BOURY
KOREN HARRIS
JOHN K. BOSEE
ADAM B. CURTIS
JOHN J. RUSSO Δ
PATRICK J. STEINBAUER
ANTHONY J. VINHAL Δ
LISA M. VERDINO
VOJTECH BYSTRICKY
ANNAMMA ANDREWS
RACHEL ZETOONEY
ALAN RODETSKY

RITA M. MCKENNA
SHEILA A. BURKE
CAMIELLE A. CAMPBELL
JOHN M. MASTRANDREA
JONATHAN D. MORALES
BETH A. SAYDAK
MARC J. ACKERMAN ‡
VITO A. BIUNDO
ROSS T. HERMAN
SHIRLEY H. FANG
IAN H. KAUFMAN
ELIZABETH A. FARID
BRUCE S. CANTIN
ELIO M. DI BERARDINO
SHANNON L. SAKS
JOSEPH V. SORDILLO Δ
EVA TAM
VICTORIA FEDECHKO
LAUREN E. MCSWEENEY
CAROL A. MORELL

April 24, 2006

**RE: PHILIP ABRAMO**

Gentlemen:

I have known Mr. Abramo for approximately forty (40) years. I have known his wife her entire life. Her family and my family were friends and we both grew up in the Little Italy section of lower Manhattan. I have been with Mr. Abramo on a social basis and have been in his company on numerous occasions. In my personal contact with him, I have always found him to be honest, kind and dedicated to his family and his friends. I have known him to be involved in his community as well as always willing to lend a helping hand to anyone who asks.

I would sincerely ask that all consideration be afforded to Phil since he has been a most giving and reliable person to all who have known him.

Very truly yours,

JOHN V. BIVONA

JVB/ac

BIVONA & COHEN, P.C.
Counselors at Law

WALL STREET PLAZA, 88 PINE STREET
NEW YORK, NY 10005-1886

TEL: (212) 363-3100 FAX: (212) 363-9824
BC@BIVONACOHEN.COM

LAURENCE A. DORNSTEIN
1925 CENTURY PARK EAST, STE. 500
LOS ANGELES, CA 90067
TEL: (310) 553-4114
FAX: (310) 553-2510

DIFRANCESCO, BATEMAN, COLEY, YOSPIN, KUNZMAN, DAVIS & LEHRER, P.C.
15 MOUNTAIN BOULEVARD
WARREN, NJ 07059-6327
TEL: (908) 757-7800
FAX: (908) 757-8039

RITTER, CHUSID, BIVONA & COHEN, LLP
7000 WEST PALMETTO PARK RD., STE. 305
BOCA RATON, FLORIDA 33433
TEL: (561) 394-2180
FAX: (561) 394-2582
EMAIL: RCATTYS@AOL.COM

BECHELET BIVONA LTD
SOLICITORS & REGISTERED FOREIGN ATTORNEYS
24 CORNHILL
LONDON, ENGLAND EC 3-V3ND
TEL: 011 44 (0)20 7261-4999 FAX: 011 44 (0)20 7261-4998

JOHN V. BIVONA
SIDNEY COHEN (1926-2003)
JOSEPH V. FIGLIOLO
MARLENE MONTELEONE

DONALD T. DIFRANCESCO Δ
HARRY A. YOSPIN Δ
STEVEN A. KUNZMAN Δ
EUGENE L. HOLT, PH.D.
JAN MICHAEL RYFKOGEL ‡
STEPHEN O. DAVIS Δ
JOSEPH E. KELLY, JR. ‡
JEFFREY B. LEHRER Δ
ALAN R. MELLER
RICHARD P. FLAUM Δ
LAURENCE A. DORNSTEIN □
MARTIN ALLEN Δ
CHRISTOPHER BATEMAN Δ
RICHARD M. FEDROW
ANDREW SAPON
MICHAEL C. MODANSKY
JAMES E. HAY Δ
JOHN P. BERLARDO Δ

ROBERT G. MACCHIA ‡
RODERICK J. COYNE *
DAVID P. WADYKA Δ
ALBERT E. CRUZ Δ
TIMOTHY P. BECK Δ
RICHARD J. GUSS Δ
SANTINA M. BOMBACI Δ
MICHELLE E. D'ONOFRIO Δ
PAUL R. RIZZO Δ
V. ANTHONY DIGIROLAMO Δ
LISA M. FITTIPALDI Δ
RICHARD R. AHSLER Δ
JAMES J. MOULOUGHNEY Δ
JOHN BECHELET ○
ANTHONY BROWN ○
GREGORY J. RITTER ◇
MITCHEL CHUSID ◇
MITCHELL R. KATZ ◇

OF COUNSEL
EDWIN D. KUNZMAN Δ
BRUCE A. FELDMAN ‡
JOHN E. COLEY, JR. Δ

Δ NJ
‡ NY NJ
* NY RI
◇ FL
□ CA
○ LONDON

SANDRA BELLI Δ
PAMELA T. BAIN Δ
RICHARD A. KUBICK
RAYMOND J. STINE Δ
ROBERT B. WEISSMAN
WILLIAM J. WILLARD Δ
KATHLEEN Y. AGNO Δ
MICHAEL V. CRESITELLO, JR. Δ
JOSEPH E. BOURY
KOREN HARRIS
JOHN K. BOSEE
ADAM B. CURTIS
JOHN J. RUSSO Δ
PATRICK J. STEINBAUER
ANTHONY J. VINHAL Δ
LISA M. VERDINO
VOJTECH BYSTRICKY
ANNAMMA ANDREWS
RACHEL ZETOONEY
ALAN RODETSKY

RITA M. MCKENNA
SHEILA A. BURKE
CAMIELLE A. CAMPBELL
JOHN M. MASTRANDREA
JONATHAN D. MORALES
BETH A. SAYDAK
MARC J. ACKERMAN ‡
VITO A. BIUNDO
ROSS T. HERMAN
SHIRLEY H. FANG
IAN H. KAUFMAN
ELIZABETH A. FARID
BRUCE S. CANTIN
ELIO M. DI BERARDINO
SHANNON L. SAKS
JOSEPH V. SORDILLO Δ
EVA TAM
VICTORIA FEDECHKO
LAUREN E. MCSWEENEY
CAROL A. MORELL

April 24, 2006

**RE: PHILIP ABRAMO**

To Whom It may Concern:

I have known Ro Abramo and her family for my entire life.

I first met Phil Abramo when he and Ro Abramo started dating, maybe forty years or so ago. Phil and I, with our wives, became friends and our relationship continued, as we would socialize, as couples, with many other "neighborhood" people throughout the years.

Although Ro and her brother Louis were my friends, Phil and I became friends as well, while we grew up in the "Little Italy" section of lower Manhattan.

Phil was always a caring and concerned friend and neighbor and would be willing to help anyone in need. He gave of himself whenever the situation arose. Time and time again, Phil would do whatever he could for those less fortunate people, without regard to his own situation or circumstance.

I ask that he be given whatever consideration is possible, now in his time of need.

Very truly yours,

JOSEPH V. FIGLIOLO

Hon Michael Mukasey
Chief US Dist Judge
U.S. District Court So. Dist of N.Y.
500 Pearl St
N.Y.C 10007

Feb 12, 2005

Hon. Mukasey

My name is Mary Romano I am Philip Abramo's oldest sister (74 years old) A High School graduate I worked as a secretary until I married & started a family. Later at Saddle Brook Gen Hosp until my husband & I moved to Ocean County N.J.

I fully understand the gravity of the charges Philip has been convicted of but to me Philip has always been a caring & loving brother. My husband suffered a serious accident when my sons were young (15-12-10) Philip was there for them giving them comfort & guidance. During our summers together he was their mentor. They looked up to him & for good reason He was always there for them

My husband has since passed away. Philip was always a shoulder to lean on. He helped financially when ever he could.

While my mother lived alone he was always checking on her - Making sure she always had enough food & taking her out to dinner. When we realized she needed nursing home care (she had Alzheimer's) Philip took charge & made the decision easier. He visited her often even though she didn't know him at times. When she passed away Philip was there again. The only thing that matters

to me is that Philip was good to his family & was there for any of us whenever necessary.

Your Honor I truly realize the severity of Philip's charges I pray you can see your way to give Philip as lenient a sentence as possible

I thank you

Mary Romano
1548 Heatherly Lane
Toms River, NJ 08753