Dear Judge Rakoff,

The outcome of my future is dependent upon your judgement and understanding and I sincerely believe that I am obliged to define myself to your Honor as accurately and respectfully within the confines of this letter, as I can.

On June 22nd, 2009, in an article in the Wall St Journal, it was stated, "Ira Sorkin in a letter to Judge Denny Chin, on behalf of Bernie Madoff stated, 'We seek neither mercy nor sympathy...'" I, on the other hand, am seeking both mercy and sympathy from your Honor. I have spent the last ten years of my quickly diminishing life being shipped to fourteen different federal and county jails and penitentiaries and although it hasn't been pleasant, it has been enlightening. As quaint as it may sound, it has made me realize there is much more to life than the destructive road I had chosen. The high points of any person's life would and should be their marriage to the person they love and the birth of their children and grand children. As I look back into my past, I realize that I have failed at everyone of those points.

I don't know how or why, but even with a life sentence, while at Lewisburg Penitentiary, my wife, daughter and granddaughter stood by me with more love and support then

I could ever in a million life times deserve. On September 4th 2008, when I called home to inform my family that the Second Circuit had vacated my convictions, they were screaming, crying and laughing all at the same time at this wonderful and God given news. Over ten years of our lives and along with the birth of our granddaughter, another new spark has been ignited in our future. My family began counting the days until I would be coming home but I had to explain to them that it would not be that quickly. I did promise them that when that time did come, I would be there for them as they have been there for me. That the care and responsibility for our granddaughter would be mine, she is a handful in all good ways and my wife and daughter needed a rest. My life was going to be laid out for me and centered around the three most important people in my life and I cannot wait to begin.

I have done many things in my life that I am ashamed of and at this point, I am trying to take responsibility for my past actions, since God has given me a new lease on whatever life I may have left. I am asking your Honor for that chance, now and not later to try to make up for all the pain and heartache I have caused others. It may be too little, too late but I would like the opportunity to at least try.

On last thing, I wish to thank your Honor for completing my judgement and Commit-

ment papers back in 2006 when Judge Mukasey retired without submitting them in my case. I spent seven months in the Special Housing Unit (SHU) at MCC because I had a life sentence and could not be designated nor shipped to a prison. Thank you again!

Sincerely
Philip Abramo