TO: INGA

From. R. Abrams

5 copies including Cover Sheet

Jacqueline Abramo Corrao
139 Winding Creek
Old Tappan, NJ 07675

September 13, 2009

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Rakoff,

As you take time to contemplate my father, Philip Abramo's life, please understand the man behind the case number.

My father, Philip, is a loving husband, wonderful father, and beloved grandfather. My life growing up with him was warm and loving. We lived in a modest split-level home in a suburban blue collar town. We had family dinner every night at 6:00 and afterwards he would help me with my homework. We spent holidays with my grandparents and very rarely took vacations. We lived a very benign quite family life.

My father, Philip, is sorely missed. Since 1999 he has missed out on all our pivotal moments in our family's life. It has been quite difficult to celebrate momentous occasions such as my marriage, my daughter's birth, and my daughter's first communion without my father by our side. These joyous events have always been bittersweet and we have always felt incomplete without him. There have also been numerous disappointments in our lives that we are barely getting through because my father is not here for support such as my divorce, my life as a single parent, and my daughter's lack of a father in her life.

My father, Philip, has been in jail since before my daughter was even born. He has missed her first birthday, her first steps, her first tooth, and her first day of school. My father has missed every single day in my daughter's whole entire life and now the US Attorney wants none of the 10 years that my father has spent in prison to count towards my father's sentencing. My father has missed out on a lifetime. Time none of us can ever get back.

I understand that he should be punished for his crime. My father, Philip has spent the last 10 years in prison on the charges of this crime. Those 10 years have been extremely hard on him. He has spent years in the Metropolitan Correctional Center, New York, in county facilities in Florida, and Lee County, Virginia. He was designated to Lee

County, Virginia even though there was an agreement with the judge and the government that he should be designated to a facility closest to his family. Lee County, Virginia takes two full days to travel to as there is no nearby airport making it impossible for any of our family to visit him. My father was only moved to Lewisburg, PA because of his medical problems where he was diagnosed with cancer.

We are not asking for any special leniency; we ask for the fairness of having the time he spent in jail credited. Even with that credit, my father will be in his seventies with many medical problems. Please I implore you, Your Honor, have all of those 10 years count at sentencing.

Sincerely,

Jacqueline Abramo Corrao

Jacqueline Abramo Corrao

Romilda Abramo
139 Winding Creek
Old Tappan, NJ 07675

September 13, 2009

Honorable Jed S Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Rakoff,

I am writing to you on behalf of Philip Abramo. My name is Romilda Abramo. On October 18th 2009 we would have been celebrating forty years of marriage. Despite the fact that we are no longer together, I have stood by Philip, visited him at every opportunity and still think of him and love him as a husband. We have a daughter, Jacqueline, and a granddaughter, Isabella Rose. Family is extremely important to Philip. He has always been the emotional support of me, our daughter, and his sisters. His absents has left a profound mark in our lives.

The last 10 years that Philip has been incarcerated has been such a hardship for my family. Philip has missed so much in our lives. Philip was not there for the marriage of his only daughter, the birth of his only granddaughter, the divorce of his daughter, and the death of his beloved sister.

Our granddaughter, Isabella Rose, is 9 years old and she only knows her Grandpa Philip through phone calls and the occasional visit. Since her birth, Philip has been shipped all over the country to different prisons which has made visitation at times impossible. I have watched Philip deteriorate in prison. The harsh conditions at the Metropolitan Correctional Center where he was for six years were excruciating. Then he was transferred to Florida where he was kept in different county jails and it was impossible to visit him. We were devastated when he was designated to Lee County, Virginia. An agreement had been reached with the government to have his designation as close to his family in New Jersey as possible. Instead, he was sent out of the North East region to a place where it takes four days round trip just to travel.

I understand now that after these pass 10 years of loneliness, pain and suffering that the conviction against Philip has been overturned. That was probably one of the greatest days in our family's life because it has finally given us hope that Philip will be home someday even if it is when he is very old. Philip is 64 years old.

I know what he did was wrong and that he should be punished. All that I beg of you, Your Honor, is that these past 10 long, painful and difficult years count at sentencing.

Sincerely,

Romilda Abramo